## J. V. A. Weaver et al.

### v.

## The Singer Manufacturing Company.

*Landlord and Tenant—Practice—Bill of Exceptions.*

In an action to recover rent, it is *held:* That, as the bill of exceptions fails to show that any exception to the finding or judgment for defendant was taken, or motion for a new trial made, neither the sufficiency of the evidence nor an objection to the form of the judgment can be raised in this court.

[Opinion filed November 23, 1887.]

APPEAL from the Circuit Court of Cook County; the Hon.
JOHN C. BAGBY, Judge, presiding.

Messrs. JOHN BARTON PAYNE and JOHN V. A. WEAVER, for
appellants.

Mr. N. M. JONES, for appellee.

McALLISTER, J.   This was an action originally brought in
Justice Court, by appellants against appellee, to recover for
rent.   On appeal to the Circuit Court, there was a trial by the
court without a jury, and a finding and judgment for defend-
ant, from which the plaintiffs took this appeal.

There was evidence upon the trial tending to prove a legal
defense viz., a surrender of the term of defendant and
acceptance by plaintiffs before the alleged accruing of rent.
The sufficiency of that evidence is now challenged by argu-
ment.   But the bill of exceptions fails to show that any excep-
tion to the finding or judgment was taken, or motion for new
trial made in the trial court.   In such case the point made, as
well as that against the form of the judgment, will be unavail-
ing.   Martin v. Foulke, 114 Ill. 206.

The judgment will be affirmed.

*Affirmed.*